UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Criminal No.

UNITED STATES OF AMERICA v. Haleek State
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Haleek State, SBI #513142C, D.O.B.**           is now confined at **Passaic County Jail.**

2. **Haleek State** a defendant in the captioned case, will be required at the United States District Court located in Newark, NJ on Tuesday, April 27, 2010 at 10:30 a.m. for an **Arraignment**, before **Honorable Stanley R. Chesler** and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 22, 2010          /s/ Melissa L. Jampol
                               Melissa L. Jampol
                               Assistant United States Attorney
                               Petitioner - 973-645-3987

ORDER FOR WRIT: Let the Writ Issue.

DATED: 4/22/2010
                               HON. STANLEY R. CHESLER, JR.
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **PASSAIC COUNTY JAIL.**
We Command You that you have the body of **Haleek State, SBI #513142C, D.O.F**           (by whatever name called or charged) brought to the United States District Court located in Newark, NJ on Tuesday, April 27, 2010 at 10:30 a.m., for an **Arraignment** in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED: 4/22/2010          WILLIAM T. WALSH
                          Clerk of the U.S. District Court
                          for the District of New Jersey

                   Per: _____
                          Deputy Clerk